# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ERIC DALE MICKELSON | CIVIL ACTION NO. 15-2589 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| 1ST JUDICIAL DISTRICT COURT | MAGISTRATE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objection filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's petition for writ of habeas corpus [Record Document 1] be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of June, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE